FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 NOV 20 PM 3:42

CLERK C. Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CR 491-176-001 |
| RICKY MAURICE JIVENS | * | |

## O R D E R

On October 23, 2015, this Court denied Defendant relief under 18 U.S.C. § 3582(c)(2) based upon Amendment 782 to the United States Sentencing Guidelines. The Court explained its reasoning in the Order, concluding that the original sentence is the appropriate societal response to the circumstances of Defendant's case and that a reduction in sentence is not warranted.

Presently, Defendant has filed a motion for reconsideration, explaining that his life sentence is unjust given the changes he has made in his time in prison. Upon review, the Court's conclusion is unchanged. Accordingly, the motion for reconsideration (doc. no. 1512) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of November, 2015.

UNITED STATES DISTRICT JUDGE